**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Christine Juanita Latch aka Christine Vanselous | CHAPTER 13 |
| Debtor(s) | BKY. NO. 17-12262 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Bank of America, N.A. and index same on the master mailing list.

                                Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
12 Feb 2021, 15:55:10, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322