| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 17-12262-PMM**

CHRISTINE JUANITA LATCH
666 WALNUT TREE DRIVE
BLANDON  PA    19510

Petition Filed Date: 03/31/2017
341 Hearing Date: 06/13/2017
Confirmation Date: 10/05/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2020 | $150.00 | | 02/10/2020 | $150.00 | | 03/09/2020 | $150.00 | |
| 04/07/2020 | $150.00 | | 05/07/2020 | $150.00 | | 06/11/2020 | $150.00 | |
| 07/07/2020 | $150.00 | | 08/07/2020 | $150.00 | | 09/08/2020 | $150.00 | |
| 10/07/2020 | $150.00 | | 11/09/2020 | $150.00 | | 12/07/2020 | $150.00 | |
| 01/08/2021 | $150.00 | | 03/05/2021 | $150.00 | | 04/05/2021 | $150.00 | |
| 05/03/2021 | $150.00 | | 06/03/2021 | $150.00 | | | | |

**Total Receipts for the Period: $2,550.00    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $7,350.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 8 | BANK OF AMERICA NA<br>»» 008 | Unsecured Creditors | $3,738.38 | $83.02 | $3,655.36 |
| 6 | BANK OF AMERICA<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | FEDERAL LOAN SERVICING<br>»» 009 | Unsecured Creditors | $61,649.80 | $1,569.01 | $60,080.79 |
| 1 | KEYBANK<br>»» 001 | Unsecured Creditors | $15,165.92 | $374.00 | $14,791.92 |
| 2 | KEYBANK<br>»» 002 | Unsecured Creditors | $4,146.45 | $102.21 | $4,044.24 |
| 3 | KEYBANK<br>»» 003 | Unsecured Creditors | $22,084.98 | $562.07 | $21,522.91 |
| 4 | KEYBANK<br>»» 004 | Unsecured Creditors | $22,739.45 | $578.67 | $22,160.78 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $1,758.84 | $30.55 | $1,728.29 |
| 11 | MOMA FUNDING LLC<br>»» 011 | Unsecured Creditors | $221.53 | $0.00 | $221.53 |
| 12 | MOMA FUNDING LLC<br>»» 012 | Unsecured Creditors | $177.62 | $0.00 | $177.62 |
| 13 | MOMA FUNDING LLC<br>»» 013 | Unsecured Creditors | $354.09 | $0.00 | $354.09 |
| 14 | MOMA FUNDING LLC<br>»» 014 | Unsecured Creditors | $938.53 | $15.58 | $922.95 |
| 5 | NATIONAL COLLEGIATE TRUST<br>»» 005 | Unsecured Creditors | $31,026.69 | $789.66 | $30,237.03 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $6,040.21 | $139.04 | $5,901.17 |

**Chapter 13 Case No. 17-12262-PMM**

| 15 | STEPHEN J ROSS ROSS QUINN & PLOPPERT PC<br>»» 015 | Attorney Fees | $2,250.00 | $2,250.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,350.00 | Current Monthly Payment: | $150.00 |
| Paid to Claims: | $6,493.81 | Arrearages: | $150.00 |
| Paid to Trustee: | $637.17 | Total Plan Base: | $8,100.00 |
| Funds on Hand: | $219.02 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.