United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Christine Juanita Latch  
    Debtor

Case No. 17-12262-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Nov 23, 2021      Form ID: 138OBJ      Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christine Juanita Latch, 666 Walnut Tree Drive, Blandon, PA 19510-9426 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 13893115 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 13938638 | | Bank Of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14582995 | + | Bank of America, N.A., C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13893114 | + | Bank of America, N.A., Po Box 45144, Jacksonville, FL 32232-5144 |
| 13951184 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13893123 | + | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 13907851 | + | National Collegiate Student Loan Trust 2007-2, Transworld Systems, Inc., PO Box 4275, Norcross, GA 30091-4275 |
| 13893125 | + | Regency Finance Company, 3225 N 5th St Ste 8, Reading, PA 19605-2451 |
| 13956557 | | U. S. Department of Education, c/o FedLoan Servicing, P. O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 23 2021 23:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 23 2021 23:27:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13893116 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 23 2021 23:28:57 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 13893118 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 23 2021 23:28:59 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 13893119 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 23 2021 23:26:00 | Comenity Bank/express, Po Box 182789, Columbus, OH 43218-2789 |
| 13893120 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 23 2021 23:26:00 | Comenity Bank/nwyrk&co, 220 W Schrock Rd, Westerville, OH 43081-2873 |
| 13893121 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 23 2021 23:27:00 | Comenity Bank/vctrssec, Po Box 182789, Columbus, OH 43218-2789 |
| 13893122 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 23 2021 23:27:00 | Comenitycapital/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 13893117 | | Email/PDF: ais.chase.ebn@americaninfosource.com | | |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 23 2021 23:28:45 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 13905842 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Nov 23 2021 23:27:00 | KeyBank NA, 4910 Tiedeman Rd, Brooklyn, OH 44144-2338 |
| 13893124 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Nov 23 2021 23:27:00 | Keybank Usa, 4910 Tiedman Road, Brooklyn, OH 44144-2338 |
| 13947613 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2021 23:29:09 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13957650 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 23 2021 23:28:46 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13966321 | | Email/Text: bnc-quantum@quantum3group.com | Nov 23 2021 23:27:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13967532 | ##+ | Law Office of Stephen Ross, P.C., 152 E. High Street, Suite 100, Pottstown, PA 19464-5480 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 25, 2021          Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOSEPH L QUINN | on behalf of Debtor Christine Juanita Latch CourtNotices@rqplaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Christine Juanita Latch
    Debtor(s)

Case No: 17−12262−pmm

Chapter: 13

---

## *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/23/21

30 − 27
Form 138OBJ